**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Luis Francisco ARBAIZA–CASTILLO, also known as Luis Arbaiza, also known as Eduardo Vasquez, also known as Manuel Quiroz, Defendant–Appellant.**

No. 13–40154
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 17, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender Michael Lance Herman, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before DAVIS, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: \*

The Federal Public Defender appointed to represent Luis Francisco Arbaiza–Castillo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir. 2011). Arbaiza–Castillo has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.